IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Certain Interested Underwriters at Lloyd's London, Subscribing to Certificate No. GH8780532, | ) ) ) ) | C/A No.: 3:10-cv-1382-JFA |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| Earl Cooper and Nicholas Hoover, | ) ) | |
| Defendant. | ) ) ) | |

This matter comes before the court on Plaintiff's Motion for Default Judgment as to Defendant Hoover. (ECF No. 73). Defendant Hoover has failed to file a responsive pleading or to enter any appearance at all in this case; as such, the Clerk made an entry of default against Defendant Hoover on August 17, 2010. Plaintiff has now asked this court to enter a default judgment against Defendant Hoover for the rescission and declaratory judgment claims asserted in Plaintiff's Complaint.

Based on the equitable nature of the remedies sought by the plaintiff in this case, the court is not required to enter a money judgment against Defendant Hoover. Therefore, a damages hearing is unnecessary in this case. This court hereby grants Plaintiff's Motion for Default Judgment as to Defendant Hoover and finds for the plaintiff as to the rescission and declaratory judgment claims asserted in its complaint.

IT IS SO ORDERED.

April 27, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge